No. 74–1346. MacKENZIE ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–1376. CITIES SERVICE Co. v. UNITED STATES; and

No. 75–9. UNITED STATES v. CITIES SERVICE Co. C. A. 2d Cir. Certiorari denied. Reported below: 522 F. 2d 1281.

No. 74–1378. GENERAL DYNAMICS CORP. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; and

No. 74–1444. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 5th Cir. Certiorari denied. Reported below: 510 F. 2d 382.

No. 74–1381. WABASH TRANSFORMER CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 74–1383. NATIONAL NUTRITIONAL FOODS ASSN. ET AL. v. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–1385. KIRKLAND, ADMINISTRATRIX v. MISSOURI-KANSAS-TEXAS RAILROAD Co. C. A. 10th Cir. Certiorari denied.

No. 74–1386. KLEIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–1387. LOWE ET AL., CO-EXECUTORS v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 74–1391. SANCHEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.